Jeffrey L. Bleich (State Bar No. 144340)
Jerome C. Roth (State Bar No. 159483)
Daniel J. Powell (State Bar No. 230304)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Fax: (415) 512-4077

Robert C. Scheinfeld
Gary M. Butter
Eliot D. Williams
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112-4498
Telephone: (212) 408-2500
Fax: (212) 408-2501
*(Pro hac vice applications to be filed)*

Attorneys for Defendant
MASTERCARD INTERNATIONAL
  INCORPORATED

FILED
OCT 1 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
OCT 1 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>MASTERCARD INTERNATIONAL INCORPORATED,<br><br>  Defendant. | Case No.: C 05 3663 CW<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER VENUE** |

THE PARTIES HERETO, BY AND THROUGH THEIR UNDERSIGNED

COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1

WHEREAS Plaintiff filed its Complaint in this action on September 12, 2005;

WHEREAS the parties previously stipulated that Defendant would have until October 24, 2005 to file its response;

WHEREAS Defendant anticipates responding to Plaintiff's Complaint by filing a motion to dismiss the Complaint or in the alternative to transfer venue;

WHEREAS the parties desire to establish a mutually convenient briefing schedule that will allow them to adequately brief the issues for the Court and to provide the Court with adequate time to consider the papers submitted by the parties;

WHEREAS in light of Plaintiff's counsel's schedule, the earliest date that Defendant's motion to dismiss the Complaint or in the alternative to transfer venue could practicably be heard is Friday, December 2, 2005;

///

///

///

///

///

///

///

///

2

STIPULATION AND [PROPOSED] ORDER SETTING THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER VENUE
Civil Action No.: C 05-3663 CW
1131362.1

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendant has until October 14, 2005 to serve its motion to dismiss; Plaintiff has until November 4, 2005 to serve its opposition to said motion; Defendant has until November 18, 2005 to serve any reply; and the hearing on this motion before the Court shall take place on Friday, December 2, 2005.

DATED: 10/10/05

MUNGER, TOLLES & OLSON, LLP

By: *[signature]*
JEROME C. ROTH
Counsel for Defendant MasterCard International Incorporated

DATED: 10/12/05

HOSIE McARTHUR LLP

By: *[signature]*
SPENCER HOSIE
Counsel for Plaintiff Privasys, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: OCT 12 2005

*[signature]*
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER SETTING THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER VENUE
Civil Action No.: C 05-3663 CW
1131362.1